UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No.: 7:19-cr-00152-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | **ORDER TO SEAL** |
| ) | |
| LATWON M. JAMES, ) | |
| Defendant. ) | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 78 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

IT IS SO ORDERED.

This the 11 day of October, 2020.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE